Nos. 22-1325, -1327, -1453, -1457

In the

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant,*

v.

**COREPHOTONICS, LTD.,**
*Cross-Appellant.*

———————

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2022-00878, IPR2020-00897, IPR2020-00896

———————

**PATENT OWNER-CROSS APPELLANT COREPHOTONICS, LTD.'S
UNOPPOSED MOTION TO DISMISS**

———————

Marc A. Fenster
mfenster@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd.,12th Floor
Los Angeles, CA  90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Patent Owner-
Cross-Appellant Corephotonics, Ltd.*

Dated: October 7, 2022

FORM 9. Certificate of Interest

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** | 22-1325, 22-1327, 22-1453, 22-1457

**Short Case Caption** | Apple Inc. v. Corephotonics, Ltd.

**Filing Party/Entity** | Corephotonics, Ltd.

---

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/07/2022

Signature: /s/ Neil A. Rubin

Name: Neil A. Rubin

FORM 9. Certificate of Interest

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Corephotonics, Ltd. | | Samsung Electronics Benelux B.V. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable                ☐    Additional pages attached

| | | |
|---|---|---|
| C. Jay Chung (formerly of Russ August & Kabat LLP) | | |
| Jonathan Link (of Russ August & Kabat LLP) | | |
| | | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☐    None/Not Applicable                ☐    Additional pages attached

| | | |
|---|---|---|
| Corephotonics, Ltd. v. Apple Inc., Case No. 5:19-cv-04809 (N.D. Cal.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable                ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Cross-Appellant Corephotonics Ltd. hereby moves to dismiss the following appeals from the above-captioned consolidated appeal: appeal docket numbers 22-1453 and 22-1457. Counsel for Cross-Appellee Apple Inc. indicated that it does not oppose this motion. Pursuant to agreement, each party shall bear their own costs.

Dated: October 7, 2022           Respectfully submitted,

                                 */s/ Neil A. Rubin*
                                 Marc A. Fenster
                                 mfenster@raklaw.com
                                 Neil A. Rubin
                                 nrubin@raklaw.com
                                 James S. Tsuei
                                 jtsuei@raklaw.com
                                 RUSS AUGUST & KABAT
                                 12424 Wilshire Boulevard, 12th Floor
                                 Los Angeles, CA  90025
                                 Telephone: 310-826-7474

                                 Attorneys for Cross-Appellant,
                                 COREPHOTONICS, LTD.

# CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because the filing has been prepared using a proportionally-spaced typeface and includes 55 words.

Dated: October 7, 2022          */s/ Neil A. Rubin*
                                        Neil A. Rubin