# NO. 22-1325, -1327

## IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### APPLE INC.,
*Appellant*

v.

### COREPHOTONICS, LTD.,
*Cross-Appellant*

### JOINT STATEMENT OF COMPLIANCE WITH RULE 33(a)

### On Appeal from the Patent Trial and Appeal Board in *Inter Partes* Review No. IPR2020-00878

*Attorneys for Appellant, Apple Inc.*

| | | |
|---|---|---|
| Debra J. McComas | Michael S. Parsons | Angela M. Oliver |
| Andrew S. Ehmke | **HAYNES AND BOONE, LLP** | **HAYNES AND BOONE, LLP** |
| **HAYNES AND BOONE, LLP** | 6000 Headquarters Drive | 800 17th Street NW |
| 2323 Victory Ave., Ste. 700 | Suite 200 | Suite 500 |
| Dallas, Texas 75219 | Plano, Texas 75024 | Washington, DC 20006 |
| Phone: (214) 651-5375 | Phone: (972) 739-8611 | Phone: (202) 654-4552 |

*Attorneys for Cross-Appellant, Corephotonics, Ltd.*

Marc A. Fenster
Brian D. Ledahl
Neil A. Rubin
James S. Tsuei
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

Pursuant to Federal Circuit Rule 33(a)(2)(A), Appellant Apple Inc. and Cross-Appellant Corephotonics, Ltd., certify that settlement communications have been conducted, and that no agreement was reached.

Dated: January 13, 2023

Respectfully Submitted,

**HAYNES AND BOONE, LLP**

*/s/ Debra J. McComas*
Debra J. McComas
Andrew S. Ehmke
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5375
*Debbie.McComas@haynesboone.com*
*Andy.Ehmke@haynesboone.com*

Michael S. Parsons
6000 Headquarters Drive, Suite 200
Plano, Texas 75024
Phone: (972) 739-8611
*Michael.Parsons@haynesboone.com*

Angela M. Oliver
800 17th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 654-4552
*Angela.Oliver@haynesboone.com*

***Attorneys for Appellant, Apple Inc.***

**RUSS AUGUST & KABAT**

*/s/ Marc A. Fenster (with permission)*
Marc A. Fenster
*mfenster@raklaw.com*
Brian D. Ledahl
*bledahl@raklaw.com*
Neil A. Rubin
*nrubin@raklaw.com*
James S. Tsuei
*jtsuei@raklaw.com*
12424 Wilshire Blvd.,12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

***Attorneys for Cross-Appellant,
Corephotonics, Ltd.***