

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

2022-1325 - Apple Inc. v. Corephotonics, Ltd.

## NOTICE TO ADVISE OF SCHEDULING CONFLICTS OF ARGUING COUNSEL

Briefing is completed in this case. Within <u>seven days</u> of this notice, arguing counsel must complete and file a <u>Response to Notice to Advise of Scheduling Conflicts</u> advising of any scheduling conflicts during the following upcoming court session months: **April, May, June, July, August, and September**. Non-arguing counsel should not advise of scheduling conflicts.

**Calendar of Sessions.** Arguing counsel should review the <u>Calendar of Sessions</u> on the court's website for the specific dates of each session. <u>Arguing counsel should only advise of conflicts with scheduled court dates and not dates when the court is not scheduled to sit.</u>

**Limitation on Conflicts.** To ensure the timely scheduling of argument in this case, arguing counsel is limited to identifying scheduling conflicts for only <u>ten days</u> during the above session months. Arguing counsel must also <u>show good cause</u> for each identified scheduling conflict. Conflicts without a sufficient showing of good cause will not be considered. Counsel is advised that the unavailability of a client or non-arguing counsel is an insufficient basis for showing good cause.

FOR THE COURT

January 23, 2023

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: M. Ames, Deputy Clerk