FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2022-1325

**Short Case Caption:** Apple Inc. v. Corephotonics, Ltd.

| Party Name(s) | Corephotonics, Ltd. |
|---|---|
| **Name of Arguing Counsel** | Brian D. Ledahl |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | April 3-7, 2023<br><br>June 9, 2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Realtime Data LLC v. Array Networks Inc. Case No. 21-2251<br><br>Realtime Adaptive Streaming LLC v. Sling TV, L.L.C. Case No. 21-2268 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 1/25/2023

Signature: /s/ Brian D. Ledahl

Name: Brian D. Ledahl

Save for Filing

**22-1325, -1327**

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

**APPLE INC.,**
*Appellant*
v.

**COREPHOTONICS, LTD.,**
*Cross-Appellant*

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review No. IPR2020-00878

**STATEMENT OF GOOD CAUSE**

> Marc A. Fenster
> mfenster@raklaw.com
> Brian D. Ledahl
> bledahl@raklaw.com
> Neil A. Rubin
> nrubin@raklaw.com
> James S. Tsuei
> jtsuei@raklaw.com
> Russ August & Kabat
> 12424 Wilshire Boulevard, 12th Floor
> Los Angeles, CA 90025
> Tel: (310) 826-7474
> Fax: (310) 826-6991
>
> *Attorneys for Cross-Appellant
> Corephotonics, Ltd.*

The undersigned hereby states that good cause exists for each of the scheduling conflicts identified in Cross-Appellant Corephotonics, Ltd., Response to Notice to Advise of Scheduling Conflicts as follows:

| | |
|---|---|
| April 3-7, 2023 | Final pretrial conference and trial in *Alpine Group v. Gooding & Company*, Case No. 19STCV02637, Los Angeles County Superior Court; |
| June 9, 2023 | Son's High School Graduation. |

| | |
|---|---|
| Dated: January 25, 2023 | Respectfully submitted,<br><br>/s/ *Brian D. Ledahl*<br>Marc A. Fenster<br>mfenster@raklaw.com<br>Brian D. Ledahl<br>bledahl@raklaw.com<br>Neil A. Rubin<br>nrubin@raklaw.com<br>James S. Tsuei<br>jtsuei@raklaw.com<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Tel: (310) 826-7474<br>Fax: (310) 826-6991<br><br>*Attorneys for Cross-Appellant Corephotonics, Ltd.* |