| FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32 |
|---|---|
| | July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2022-1325, -1327

**Short Case Caption:** Apple Inc. v. Corephotonics, Ltd.

| **Party Name(s)** | Apple Inc. |
|---|---|
| **Name of Arguing Counsel** | Debra J. McComas |
| **Dates Unavailable** <br><br> List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case. <br><br> **Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 07/10/2023 <br> 07/11/2023 <br> 09/05/2023 <br> 09/06/2023 <br> 09/07/2023 <br> 09/08/2023 |
| **Potential Other Conflicts** <br><br> Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Carucel Investments L.P. v. Vidal, 21-1731; Corephotonics, Ltd. v. Apple Inc., 22-1340; Voice Tech Corp. v. Unified Patents, LLC, 22-2163; Apple Inc. v. Corephotonics, Ltd., 22-2288; Nabors Drilling Technologies USA, Inc. v. Helmerich & Payne International Drilling Co., 23-1339 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/27/2023    Signature: /s/ Debra J. McComas

Name: Debra J. McComas

# NO. 22-1325, -1327

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Cross-Appellant*

**On Appeal from the Patent Trial and Appeal Board in**
*Inter Partes* **Review No. IPR2020-00878**

## STATEMENT OF GOOD CAUSE FOR SCHEDULING CONFLICTS
## PURSUANT TO FED. CIR. R. 34(d)(3)

I am counsel of record for Appellant Apple Inc., and I expect to present oral argument in this matter.

I have six dates of unavailability within the six months of potential argument dates in this matter: July 10, 2023; July 11, 2023; September 5, 2023; September 6, 2023; September 7, 2023; and September 8, 2023. I will be attending a pretrial conference in *Osteoplastics, LLC v. ConforMIS, Inc.*, 1:20-cv-00405-MN-JLH (D. Del.) on July 10 at 4:30 p.m., which will prevent travel to Washington, D.C. before

1

the morning of July 11. During the four September dates, I will be in trial in *Nabors Drilling Technologies USA Inc v. Helmerich & Payne International Drilling Co.*, 3:20-cv-03126 (N.D. Tex.).

    I respectfully request that the Court not schedule oral argument in this case during these dates.

Dated: January 27, 2023                      Respectfully Submitted,

                                                */s/ Debra J. McComas*
                                                **HAYNES AND BOONE, LLP**
                                                Debra J. McComas
                                                2323 Victory Avenue, Suite 700
                                                Dallas, Texas 75219
                                                Phone: (214) 651-5533
                                                *Debbie.McComas@haynesboone.com*

                                                **Attorney for Appellant, Apple Inc.**