# NO. 22-1325, -1327

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Cross-Appellant*

## NOTICE OF WITHDRAWAL OF MICHAEL S. PARSONS

TO THE HONORABLE COURT:

Pursuant to Fed. Cir. R. 47.3(c), Appellant Apple Inc. ("Appellant") hereby provides the Court with notice that Michael S. Parsons withdraws as non-principal counsel for Appellant and will not remain on the case. Debra J. McComas will remain principal counsel for Appellant.

1

Date: January 27, 2023　　　　　　Respectfully Submitted,

**HAYNES AND BOONE, LLP**

*/s/ Debra J. McComas*
Debra J. McComas
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: (214) 651-5375
Fax: (214) 200-0525
*Debbie.McComas@haynesboone.com*

**Attorney for Appellant, Apple Inc.**