# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Cross-Appellant*

2022-1325, 2022-1327

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00878, IPR2020-00897, IPR2020-00896.

**MANDATE**

In accordance with the judgment of this Court, entered November 9, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 18, 2023
Date

Jarrett B. Perlow
Clerk of Court